ALL COMMUNICATIONS SHOULD BE ADDRESSED
TO THE CLERK/MAGISTRATE

# Bristol County Superior Court

OFFICE OF THE CLERK/MAGISTRATE
9 COURT STREET; ROOM 13
TAUNTON, MASSACHUSETTS 02780

**MARC J. SANTOS, ESQ.**
CLERK/MAGISTRATE

TAUNTON TEL: (508)823-6588
FALL RIVER TEL: (508)672-4464
NEW BEDFORD TEL: (508)996-2051

July 31, 2014

14cv 12989- NMG

United States District Court of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:     Saldivar, Elba vs. Anthony Pridgen, Ind/Chief of Police, et al
        Bristol Superior Court Civil Action No. BRCV2014-00601C

Dear Sir/Madam:

Please be advised that the above-entitled case was removed from the Bristol Superior Court on
July 31, 2014.

Enclosed please find attested copies of all documents relative to the above-entitled case.  If you
should have any questions and/or concerns, please contact the Bristol Superior Court Clerk's
Office in Taunton at #(508) 823-6588, ext. 1.

Very truly yours,

*Marc Santos, Esq.*
**CLERK/MAGISTRATE**

MARC J. SANTOS, ESQ.
CLERK/MAGISTRATE

MJS/ka

Enclosures

ASSISTANT CLERKS

**PETER R. ANDRADE, ESQ.**
1ST ASSISTANT CLERK

**MARCEL W. GAUTREAU, ESQ.**
ASSISTANT CLERK-CRIMINAL

**PHILIP F. LEDDY, ESQ.**

**VALERIE A. BRODEUR, ESQ.**

**ERIN J. TIERNEY, ESQ.**

**MARK A. FERRIERA, ESQ.**

**JOSEPH T. VINCENT, ESQ.**

**JOHN F. LOSOWSKI**



**BRISTOL COUNTY**
**Docket Report**

**1473CV00601**
**Saldivar, Elba vs. Anthony Pridgen, Ind/Chief of Police et al**

| | | | |
|---|---|---|---|
| **CASE TYPE:** | Torts | **FILE DATE:** | 05/30/2014 |
| **ACTION CODE:** | B04 | **CASE TRACK:** | F - Fast Track |
| **DESCRIPTION:** | Other Negligence - Personal Injury / Property Damage | | |
| **CASE DISPOSITION DATE** 07/31/2014 | | **CASE STATUS:** | Open |
| **CASE DISPOSITION:** | Transferred to another Court | **STATUS DATE:** | 05/30/2014 |
| **CASE JUDGE:** | | **CASE SESSION:** | Civil C (Taunton) |

## LINKED CASE

| DCM TRACK | | |
|---|---|---|
| **Tickler Description** | **Due Date** | **Completion Date** |
| Service | 08/28/2014 | |
| Answer | 09/27/2014 | |
| Rule 12/19/20 Served By | 09/27/2014 | |
| Rule 12/19/20 Filed By | 10/27/2014 | |
| Rule 12/19/20 Heard By | 11/26/2014 | |
| Rule 15 Served By | 09/27/2014 | |
| Rule 15 Filed By | 10/27/2014 | |
| Rule 15 Heard By | 11/26/2014 | |
| Discovery | 03/26/2015 | |
| Rule 56 Served By | 04/25/2015 | |
| Rule 56 Filed By | 05/25/2015 | |
| Final Pre-Trial Conference | 09/22/2015 | |
| Judgment | 03/20/2016 | |

| PARTIES | |
|---|---|
| **Plaintiff**<br>Saldivar, Elba | **Private Counsel**   **329780**<br>Edward J. McCormick<br>McCormick Maitland<br>McCormick Maitland<br>195 Main Street<br>Franklin, MA 02038<br>Work Phone (508) 520-0333<br>Added Date: 05/30/2014 |
| **Defendant**<br>Anthony Pridgen, Ind/Chief of Police<br>137 Horton Street<br>Fall River, MA 02720 | |



| Defendant | Private Counsel | 630053 |
|---|---|---|
| City of Fall River | Gary P. Howayeck<br>Gary P. Howayeck, P.C.<br>Gary P. Howayeck, P.C.<br>209 Bedford Street<br>Suite 402<br>Fall River, MA 02720<br>Work Phone (508) 676-6666<br>Added Date: 07/31/2014 | |
| Defendant | Private Counsel | 654690 |
| Daniel Racine, Ind/Chief of Police | Andrew J. Gambaccini<br>Reardon, Joyce & Akerson, PC<br>Reardon, Joyce & Akerson, PC<br>4 Lancaster Terrace<br>Worcester, MA 01609<br>Work Phone (508) 754-7285<br>Added Date: 07/31/2014 | |

## PARTY CHARGES

| # | Offense Date/Charge | Code | Town | Disposition | Disposition Date |
|---|---|---|---|---|---|

## EVENTS

| Date | Session | Event | Result | Resulting Judge |
|---|---|---|---|---|
| 05/30/2014 | Civil C (Taunton) | Status Review | Held as Scheduled | |

## FINANCIAL SUMMARY

No Financial Data for this report



| INFORMATIONAL DOCKET ENTRIES | | | |
|---|---|---|---|
| **Date** | **Ref** | **Description** | **Judge** |
| 05/30/2014 | 1 | Complaint & civil action cover sheet filed | |
| 05/30/2014 | | Origin 1, Type B04, Track F. | |
| 06/02/2014 | | ONE TRIAL review by Clerk, case properly brought in Superior Court where Plaintiff alleges she was attacked and raped by uniformed police officer for the City of Fall River. PfL | |
| 07/10/2014 | 2 | Service Returned for<br>Defendant City of Fall River: Service made in hand; | |
| 07/10/2014 | 3 | Service Returned for<br>Defendant Daniel Racine, Ind/Chief of Police: Service made in hand; | |
| 07/21/2014 | | Appearance entered<br>On this date Andrew J. Gambaccini, Esq. added as Private Counsel for Defendant Daniel Racine, Ind/Chief of Police | |
| 07/21/2014 | | Appearance entered<br>On this date Gary P. Howayeck, Esq. added as Private Counsel for Defendant City of Fall River | |
| 07/21/2014 | 4 | Notice of Removal to the United States District Court filed by | |
| | | Applies To: Gambaccini, Esq., Andrew J. (Attorney) on behalf of Daniel Racine, Ind/Chief of Police (Defendant); Howayeck, Esq., Gary P. (Attorney) on behalf of City of Fall River (Defendant) | |
| 07/31/2014 | | REMOVED to the U.S. District Court<br>with endorsement (Case 1:14-cv-12989) thereon. | |

A True Copy By Photostatic Process
Attest

_____ Courts



## COMMONWEALTH OF MASSACHUSETTS

BRISTOL, ss

SUPERIOR COURT DEPTARTMENT
OF THE TRIAL COURT
CIVIL ACTION NO. BRCV2014-06016

|  | BRISTOL. SS SUPERIOR COURT |  |
|---|---|---|
| ELVA SALDIVAR,<br>Plaintiff, | ) FILED<br>)<br>) MAY **3 0** 2014<br>) | |
| v. | ) MARC J SANTOS, ESQ.<br>) CLERK/MAGISTRATE<br>) | COMPLAINT |
| ANTHONY PRIDGEN, DANIEL<br>RACINE, Both Individually and In<br>His Capacity As Chief of Police of<br>The City of Fall River, and the<br>CITY OF FALL RIVER<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) | PLAINTIFF CLAIMS TRIAL BY<br>JURY |

General Allegations

1.    The plaintiff Elba Saldivar is an individual with a place of residence in Fall River, Bristol

County, Commonwealth of Massachusetts.

2.    The defendant Anthony Pridgen is an individual who during the time of the acts which

are the subject of the instant Complaint was employed as a police officer by the City of

Fall River, and has a last known address at 137 Horton St. in Fall River, Bristol County,

Commonwealth of Massachusetts.

**McCormick**
**& Maitland**
ATTORNEYS AT LAW
SUITE SIX
HAYWARD MANOR
195 MAIN STREET
FRANKLIN,
MASSACHUSETTS 02038
TELEPHONE: 508-520-0333
FACSIMILE: 508-520-0383

1

3.   That the defendant William Racine is and was during the time if the acts which are the subject of the instant Complaint, the Chief of Police of the City of Fall River, Bristol County, Commonwealth of Massachusetts. The instant causes of action are brought against the defendant William Racine, both in his official capacity as the Chief of Police of the City of Fall River, and individually.

4.   The defendant City of Fall River is a municipality and political subdivision of the Commonwealth of Massachusetts.

5.   The instant action is brought pursuant to General Laws Chapter 258 (the Massachusetts Tort Claims Act), and General Laws Chapter 12 (The Massachusetts Civil Rights Act), as well as causes of action under common law.

6.   That the plaintiff Elba Saldivar has complied with the notice requirements of General Laws Chapter 258, by means of a letter sent on May 29, 2013.

Factual Allegations

7.   That the defendant Anthony Pridgen did initially begin his employment as a police official in the City of Fall in 2001.

8.   That during the course of his employment as a police officer for the City of Fall River, the defendant Anthony Pridgen was;

  a.   suspended for 30 days without pay in February, 2007;

McCormick
& Maitland
ATTORNEYS AT LAW
SUITE SIX
HAYWARD MANOR
195 MAIN STREET
FRANKLIN,
MASSACHUSETTS 02038
TELEPHONE: 508-520-0333
FACSIMILE: 508-520-0383

2

,

        b.     suspended for 5 days without pay in October, 2009;

9.     That on or about June 8, 2011, the plaintiff Elba Saldivar (hereinafter Saldivar) did report to the Fall River police a complaint that her child had been the subject of harassment at school.

10.    That the Fall River police did respond and the defendant Anthony Pridgen was assigned to meet with Ms. Saldivar.

,

11.    Subsequent to the first meeting with Ms. Saldivar the defendant Anthony Pridgen, did on or about June 8, 2011, while on duty and working as a police officer for the City of Fall River did go to Ms. Salidvar's apartment. At this time the defendant was in a police uniform and was a driving a marked police cruiser.

12.    On or about June 8, 20011, upon arriving at Ms. Saldivar's residence the defendant Anthony Pridgen stated that he need to speak with Ms. Saldivar relative to and in furtherance of the police investigation. At this point Ms. Saldivar opened the door and the defendant Anthony Pridgen entered the apartment.

,

13.    Upon entering the apartment the defendant Anthony Pridgen began by asking Ms. Saldivar questions, such as "Is there anything you need me to assist you with today". The defendant Anthony Pridgen then pulled out his service handgun and pointed it at Ms. Saldivar.

McCormick
& Maitland
ATTORNEYS AT LAW
SUITE SIX
HAYWARD MANOR
195 MAIN STREET
FRANKLIN.
MASSACHUSETTS 02038
TELEPHONE. 508-520-0333
FACSIMILE. 508-520-0383

3

14.   That the defendant Anthony Pridgen then grabbed Ms. Saldivar and proceeded to assault, batter, threaten and rape Ms. Saldivar.

15.   That the defendant Anthony Pridgen did then threaten Ms. Saldivar by stating that he would killer and her children if she reported her actions.

16.   That Ms. Saldivar reported the assault to the Fall River police, giving details about the attack.

17.   The Fall River Police conducted an investigation which revealed the following:

    a.   that on the day of the reported rape of Ms. Saldivar, the defendant Anthony Pridgen was on duty;

    b.   that a review of the security cameras located at the Housing complex which includes Ms. Saldivar's apartment revealed that on the date of the reported rape, a Fall River police cruiser was parked next to building number 2, and the defendant Anthony Pridgen was identified as entering and leaving the building;

    c.   that a search of the defendant Anthony Pridgen's police locker was conducted and various items, including " 2 Trojan Condoms" and "2 packages of Extenze tablets" were seized.

McCormick
& Maitland
ATTORNEYS AT LAW
SUITE SIX
HAYWARD MANOR
195 MAIN STREET
FRANKLIN,
MASSACHUSETTS 02038
TELEPHONE: 508-520-0333
FACSIMILE: 508-520-0383

4

18.   That by a letter dates June 28, 2011, the defendant Anthony Pridgen did resign his position as a police officer for the City of Fall River.

19.   That in September, 2011, the Bristol County District Attorney's office informed Ms. Saldivar that it would not prosecute the defendant Anthony Pridgen for his attack and rape of her.

Count I        The Plaintiff Elba Saldivar's Cause of Action Against The Defendant Anthony
               ' Pridgen For Assault and Battery.

20.   The plaintiff repeats the allegations contained in paragraphs one, two, five and six of the General Allegations and paragraphs seven through eighteen of the Factual Allegations.

21.   That on or about June 9, 2011, the defendant Anthony Pridgen did, while in a police uniform and on duty as a police officer for the City of Fall River, assault, batter, threaten, batter by means of a dangerous weapon and rape the plaintiff.

22.   That as a direct and proximate result of the actions of the defendant, the plaintiff suffered pain and suffering, mental anguish and emotional distress as well as permanent psychological injuries.

McCormick
& Maitland
ATTORNEYS AT LAW
SUITE SIX
HAYWARD MANOR
195 MAIN STREET
FRANKLIN,
MASSACHUSETTS 02038
TELEPHONE: 508-520-0333
FACSIMILE: 508-520-0383

5

Wherefore the plaintiff Elba Saldivar demands judgment against the defendant Anthony

Pridgen in an amount as the evidence might prove at trial, plus interest, costs and attorneys fees.

Count II        The Plaintiff Elba Saldivar's Cause of Action Against The Defendant

, Anthony Pridgen For Violation of Her Civil Rights Pursuant To The

Massachusetts Civil Rights Act General Laws Chapter 12 Section 11H

23.    The plaintiff Elba Saldivar repeats her allegations contained in paragraphs one, two, five

and six of the General Allegations and paragraphs seven through eighteen of the Factual

Allegations.

24.    That on June 9, 2011, the defendant Anthony Pridgen did by force and violence assault,

batter and rape the plaintiff Elba Saldivar and did so while acting as a on-duty police

officer.

25.    That as a direct and proximate result of the actions of the defendant, the plaintiff suffered

pain and suffering, mental anguish and emotional distress as well as permanent

psychological injuries.

Wherefore the plaintiff Elba Saldivar demands judgment against the defendant Anthony

Pridgen in an amount as the evidence might prove at trial, plus interest, costs and attorneys fees.

McCormick
& Maitland
ATTORNEYS AT LAW
SUITE SIX
HAYWARD MANOR
195 MAIN STREET
FRANKLIN.
MASSACHUSETTS 02038
TELEPHONE. 508-520-0333
FACSIMILE: 508-520-0383

6

Count III    The Plaintiff Elba Saldivar's Cause of Action Against The Defendant Anthony
             Pridgen For Violation of Her Civil Rights Pursuant To 42 U.S.C. Section 1983

26.    The plaintiff repeats the allegations contained in paragraphs one through twenty-five of
       the instant Complaint.

27.    That the assault and rape of the plaintiff by the defendant, who did so act under color of
       law did violate her rights as guaranteed by the Fourth, Fifth and Fourteenth Amendments
       to the Constitution of the United States.

28.    That as a direct and proximate result of the actions of the defendant, the plaintiff suffered
       pain and suffering, mental anguish and emotional distress as well as permanent
       psychological injuries.

       Wherefore the plaintiff Elba Saldivar demands judgment against the defendant Anthony
Pridgen in an amount as the evidence might prove at trial, plus punitive damages, interest, costs
and attorneys fees.

Count IV    The Plaintiff Elba Saldivar's Cause of Action Against The Defendant Daniel
            Racine For Negligence In The Hiring, Training and Supervision of the Defendant
            Anthony Pridgen

McCormick
& Maitland
ATTORNEYS AT LAW
SUITE SIX
HAYWARD MANOR
195 MAIN STREET
FRANKLIN.
MASSACHUSETTS 02038
TELEPHONE: 508-520-0333
FACSIMILE: 508-520-0383

7

29.    The plaintiff Elba Saldivar repeats the allegations set forth in paragraphs one through twenty-eight of the instant Complaint.

30.    That the defendant Daniel Racine was negligent in the hiring or reinstatement of the defendant Anthony Pridgen after his suspensions from the Fall River police department.

31.    That the defendant Daniel Racine was negligent, as he knew or should have known that there was a high likelihood that the defendant Anthony Pridgen would not follow the rules or procedures of the Fall River police department, yet allowed the defendant Anthony Pridgen to patrol Fall River in an unsupervised manner.

32.    That as a direct and proximate cause of the defendant's negligence, the plaintiff Elba Saldivar suffered physical pain and suffering, mental anguish, emotional distress and permanent injuries.

Wherefore the plaintiff Elba Saldivar demands judgment against the defendant Daniel Racine in an amount as the evidence might prove at trial, plus interest, costs and attorneys fees.

Count V      The Plaintiff Elba Saldivar's Cause of Action Against The Defendant Daniel Racine For Violation of Her Civil Rights Pursuant To The Massachusetts Civil Rights Act General Laws Chapter 12 Section 11H

McCormick
& Maitland
ATTORNEYS AT LAW
SUITE SIX
HAYWARD MANOR
195 MAIN STREET
FRANKLIN,
MASSACHUSETTS 02038
TELEPHONE: 508-520-0333
FACSIMILE: 508-520-0363

33.     The plaintiff Elba Saldivar repeats her allegations contained in paragraphs one, two, five and six of the General Allegations and paragraphs seven through eighteen of the Factual Allegations.

34.     That on June 9, 2011, the defendant Anthony Pridgen, under the supervision of the defendant Daniel Racine, did by force and violence assault, batter and rape the plaintiff Elba Saldivar and did so while acting as a on-duty police officer.

35.     That as a direct and proximate result of the actions of the defendant, the plaintiff suffered pain and suffering, mental anguish and emotional distress as well as permanent psychological injuries.

        Wherefore the plaintiff Elba Saldivar demands judgment against the defendant Daniel Racine in an amount as the evidence might prove at trial, plus interest, costs and attorneys fees.

Count VI        The Plaintiff Elba Saldivar's Cause of Action Against The Defendant Daniel Racine For Violation of Her Civil Rights Pursuant To 42 U.S.C. Section 1983

36.     The plaintiff repeats the allegations contained in paragraphs one through twenty-five of the instant Complaint.

McCormick
& Maitland
ATTORNEYS AT LAW
SUITE SIX
HAYWARD MANOR
195 MAIN STREET
FRANKLIN,
MASSACHUSETTS, 02038
TELEPHONE: 508-520-0333
FACSIMILE: 508-520-0383

9

37.  That the assault and rape of the plaintiff by the defendant, who did so act under color of law did violate her rights as guaranteed by the Fourth, Fifth and Fourteenth Amendments to the Constitution of the United States.

38.  That as a direct and proximate result of the actions of the defendant, the plaintiff suffered pain and suffering, mental anguish and emotional distress as well as permanent psychological injuries.

Wherefore the plaintiff Elba Saldivar demands judgment against the defendant Daniel Racine in an amount as the evidence might prove at trial, plus punitive damages, interest, costs and attorneys fees.

Count VII        The Plaintiff Elba Saldivar's Cause of Action Against The Defendant The City of
                 Fall River For Negligence In The Hiring, Training and Supervision of the
                 Defendant Anthony Pridgen

39.  The plaintiff Elba Saldivar repeats the allegations set forth in paragraphs one through twenty-eight of the instant Complaint.

40.  That the defendant the City of Fall River was negligent in the hiring or reinstatement of the defendant Anthony Pridgen after his suspensions from the Fall River police department.

McCormick
& Maitland
ATTORNEYS AT LAW
SUITE SIX
HAYWARD MANOR
195 MAIN STREET
FRANKLIN,
MASSACHUSETTS 02038
TELEPHONE: 508-520-0333
FACSIMILE. 508-520-0383

10

41.   That the defendant the City of Fall River was negligent, as it knew or should have known
      that there was a high likelihood that the defendant Anthony Pridgen would not follow the
      rules or procedures of the Fall River police department, yet allowed the defendant
      Anthony Pridgen to patrol Fall River in an unsupervised manner.

42.   That as a direct and proximate cause of the defendant's negligence, the plaintiff Elba
      Saldivar suffered physical pain and suffering, mental anguish, emotional distress and
      permanent injuries.

      Wherefore the plaintiff Elba Saldivar demands judgment against the defendant the City of
Fall River in an amount as the evidence might prove at trial, plus interest, costs and attorneys
fees.

Count VIII   The Plaintiff Elba Saldivar's Cause of Action Against The Defendant
             The City of Fall River For Violation of Her Civil Rights Pursuant To The
             Massachusetts Civil Rights Act General Laws Chapter 12 Section 11H

43.   The plaintiff Elba Saldivar repeats her allegations contained in paragraphs one, two, five
      and six of the General Allegations and paragraphs seven through eighteen of the Factual
      Allegations.

44.   That on June 9, 2011, the defendant Anthony Pridgen, under the employment of the
      defendant the City of Fall River, did by force and violence assault, batter and rape the
      plaintiff Elba Saldivar and did so while acting as a on-duty police officer.

McCormick
& Maitland
ATTORNEYS AT LAW
SUITE SIX
HAYWARD MANOR
195 MAIN STREET
FRANKLIN,
MASSACHUSETTS 02038
TELEPHONE: 508-520-0333
FACSIMILE: 508-520-0383

11

45.     That as a direct and proximate result of the actions of the defendant, the plaintiff suffered

pain and suffering, mental anguish and emotional distress as well as permanent

psychological injuries.

Wherefore the plaintiff Elba Saldivar demands judgment against the defendant the City of

Fall River in an amount as the evidence might prove at trial, plus interest, costs and attorneys

fees.

Count IX         The Plaintiff Elba Saldivar's Cause of Action Against The Defendant The City of

Fall River For Violation of Her Civil Rights Pursuant To 42 U.S.C. Section 1983

46.     The plaintiff repeats the allegations contained in paragraphs one through twenty-five of

the instant Complaint.

47.     That the assault and rape of the plaintiff by the defendant, who did so act under color of

law did violate her rights as guaranteed by the Fourth, Fifth and Fourteenth Amendments

to the Constitution of the United States.

48.     That as a direct and proximate result of the actions of the defendant, the plaintiff suffered

pain and suffering, mental anguish and emotional distress as well as permanent

psychological injuries.

McCormick
& Maitland
ATTORNEYS AT LAW
SUITE SIX
HAYWARD MANOR
195 MAIN STREET
FRANKLIN,
MASSACHUSETTS 02038
TELEPHONE: 508-520-0333
FACSIMILE: 508-520-0383

12

Wherefore the plaintiff Elba Saldivar demands judgment against the defendant the City of

Fall River in an amount as the evidence might prove at trial, plus punitive damages, interest,

costs and attorneys fees.

Respectfully Submitted,
The Plaintiff,
By Her Attorney

Edward J. McCormick, III
McCormick & Maitland
Suite Six – Hayward Manor
195 Main Street
Franklin, MA  02038
(508) 520-0333
BBO# 329780

A True Copy By Photostatic Process
Attest:

Asst. Clerk of Courts

McCormick
& Maitland
ATTORNEYS AT LAW
SUITE SIX
HAYWARD MANOR
195 MAIN STREET
FRANKLIN,
MASSACHUSETTS 02038
TELEPHONE: 508-520-0333
FACSIMILE: 508-520-0383

| **CIVIL ACTION COVER SHEET** | TRIAL COURT OF MASSACHUSETTS<br>SUPERIOR COURT DEPARTMENT<br>COUNTY OF  BRISTOL | DOCKET NO. BRCV2014-0601C |
|---|---|---|

| PLAINTIFF(S)<br><br>**Elba Saldivar** | DEFENDANT(S) **Anthony Pridgen, Daniel Racine, Both Individually and In His Capacity As Chief of Police of The City of Fall River, and The City of Fall River** |
|---|---|

| Plaintiff Atty | Edward J McCormick, III | Type Defendant's Attorney Name |
|---|---|---|

| Address | 195 Main Street, Suite Six | Defendant Atty | |
|---|---|---|---|
| | | Address | |

| City | Franklin | State | MA | Zip Code | 02038 | City | | State | | Zip Code | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Tel. | +1 (508) 520-0333 | BBO# | 329,780 | | |
|---|---|---|---|---|---|

**TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | | IS THIS A JURY CASE? |
|---|---|---|---|---|
| **B04 Other Neglience - Personal Injury/Property Damage - Fast Track** | | | | ⊙ ] Yes  ⌒ ]  No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

## TORT CLAIMS
(Attach additional sheets as necessary)

A.  Documented medical expenses to date:
  1.  Total hospital expenses ............... $ Unknown
  2.  Total doctor expenses .................. $
  3.  Total chiropractic expenses ........... $
  4.  Total physical therapy expenses ....... $
  5.  Total other expenses (describe) ........ $
                                    Subtotal  $

B.  Documented lost wages and compensation to date  $
C.  Documented property damages to date  $
D.  Reasonably anticipated future medical expenses  $
E.  Reasonably anticipated lost wages and compensation to date  $
F.  Other documented items of damages (describe)

$

G.  Brief description of plaintiff's injury, including nature and extent of injury (describe)

The π sustained serious physical, mental and emotional injuries as a result of being Raped by a police officer.

Total $

## CONTRACT CLAIMS
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

| | **TOTAL** | $............... |
|---|---|---|

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____          Date: 5/30/14

A.O.S.C. 3-2007

# McCormick & Maitland

### ATTORNEYS AT LAW

EDWARD J. MCCORMICK, III
ELIZABETH J. MAITLAND

SUITE SIX - HAYWARD MANOR
195 MAIN STREET
FRANKLIN, MASSACHUSETTS 02038

TELEPHONE (508) 520-0333
FACSIMILE  (508) 520-0383

May 30, 2014

Clerk's Office, Civil Business
Bristol Superior Court
9 Court Street
Room 13
Taunton, MA 02780

Re:    Elva Saldivar v. Anthony Pridgen, et al.

Dear Sir or Madam:

Enclosed for filing in the above-entitled matter the following documents:

1.    Civil Action Cover Sheet;

2.    Complaint; and

3.    a check in the amount of $290.00 to cover filing fees and the cost of Summons.

Thank you for your assistance in this matter.

Yours Truly,

Edward J. McCormick III

EJMIII/pmd
Enclosures

#4

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **ELVA SALDIVAR,** | : | BRCV2014-0601 |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **C.A. No.:** |
| | : | |
| **ANTHONY PRIDGEN,** | : | |
| **DANIEL RACINE, Both** | : | BRISTOL, SS SUPERIOR COURT |
| **Individually and In His Capacity** | : | FILED |
| **As Chief of Police of The City of** | : | |
| **Fall River, and the CITY OF** | : | JUL 2 1 2014 |
| **FALL RIVER,** | : | |
| **Defendants.** | : | MARC J. SANTOS, ESQ. |
| | : | CLERK/MAGISTRATE |

## NOTICE OF REMOVAL

This Court is hereby petitioned that the above-captioned matter, now pending in the

Superior Court of the Commonwealth of Massachusetts in and for the County of Bristol, Civil

Action No.: BRCV2014-0601C, be removed to this Court pursuant to 28 U.S.C. §§ 1441 and

1446. In support thereof, it is stated that:

1. This is a civil action in which the plaintiff has advanced claims arising under the

federal Constitution pursuant to the Civil Rights Act of 1871, 42 U.S.C. § 1983. More

particularly, as demonstrated in the complaint appended hereto and designated as "Attachment

A[,]" the plaintiff has brought three § 1983 causes of action alleging that various defendants

caused injury to her rights as guaranteed by the Fourth, Fifth and Fourteenth Amendments. *See*

Compl., ¶¶ 26-28 (Count III); 36-38 (Count VI); and 46-48 (Count IX).

2. The underlying action therefore may be removed to this Court pursuant to the

provisions of 28 U.S.C. § 1441 in that the action includes federal claims over which this Court

would have original jurisdiction.

I hereby certify on ___ that the
foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on___
☐ original filed in my office on ___
Robert M. Farrell
Clerk, U.S. District Court
District of Massachusetts
By: _____
Deputy Clerk

3. The filing of this notice complies with the thirty day window for removal imposed by

28 U.S.C. § 1446.

4. Appended hereto and designated as "Attachment B" is the process served by the

plaintiff in the underlying action, including a summons and the state court scheduling order.

5. Appended hereto and designated as "Attachment C" is federal Civil Cover Sheet.

6. Appended hereto and designated as "Attachment D" is the United States District Court

District of Massachusetts Case Category Form.

WHEREFORE, it is respectfully requested that the above-captioned matter now pending

in Bristol County of the Commonwealth of Massachusetts be removed to this Court.

DEFENDANT DANIEL RACINE,
By his attorney,

DEFENDANT CITY OF FALL RIVER,
By its attorney,


/s/ Andrew J. Gambaccini
Andrew J. Gambaccini
BBO #: 654690
Reardon, Joyce & Akerson, P.C.
4 Lancaster Terrace
Worcester, MA 01609
508.754.7285
agambaccini@rja-law.com

/s/ Gary Howayeck
Gary Howayeck
BBO #: 630053
Assistant Corporation Counsel
City of Fall River
One Government Center
Fall River, MA 02720
508.324.2650
ghowayeck@fallriverma.org


Dated: July 14, 2014


### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing, filed through the Electronic Case Filing
System, will be sent electronically to the registered participants as identified on the Notice of
Electronic Filing and that a paper copy shall be served upon those indicated as non-registered
participants on July 14, 2014.

/s/ Andrew J. Gambaccini
Andrew J. Gambaccini

2

A True Copy By Photostatic Process
Attest

Asst Clerk of Cou

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:14-cv-12989-NMG

Saldivar v. Pridgen et al

Assigned to: Judge Nathaniel M. Gorton

Cause: 28:1441 Petition for Removal- Civil Rights Act

Date Filed: 07/14/2014

Jury Demand: Both

Nature of Suit: 440 Civil Rights: Other

Jurisdiction: Federal Question

## Plaintiff

**Elva Saldivar**

represented by **Edward J. McCormick , III**
McCormick & Maitland
195 Main Street
Suite Six - Hayward Manor
Franklin, MA 02038
508-520-0333
Fax: 508-520-0383
Email: ejmccormick3@verizon.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

## Defendant

**Anthony Pridgen**

## Defendant

**Daniel Racine**

represented by **Andrew J. Gambaccini**
Reardon, Joyce & Akerson, P.C.
4 Lancaster Terrace
Worcester, MA 01609
508-754-7285
Fax: 508-754-7220
Email: agambaccini@rja-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Defendant

**City of Fall River**

represented by **Gary P. Howayeck**
City of Fall River
One Government Center
Fall River, MA 02720
508-324-2650
Fax:
Email: ghowayeck@fallriverma.org
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/14/2014 | 1 | NOTICE OF REMOVAL by Daniel Racine. Filing fee: $ 400, receipt number 0101-5101203 (Fee Status: Filing Fee paid), filed by . (Attachments: # 1 Exhibit Attachment A, # 2 Exhibit Attachment B, # 3 Exhibit Attachment C, # 4 Exhibit Attachment D)(Gambaccini, Andrew) Modified docket text in accordance with pleading filed on 7/14/2014 (Geraldino-Karasek, Clarilde). (Entered: 07/14/2014) |
| 07/14/2014 | 2 | NOTICE of Appearance by Andrew J. Gambaccini on behalf of Daniel Racine (Gambaccini, Andrew) (Entered: 07/14/2014) |
| 07/14/2014 | 3 | Certified Copy of Notice of Removal Provided to Defense Counsel by mail (Geraldino-Karasek, Clarilde) (Entered: 07/14/2014) |
| 07/14/2014 | 4 | ELECTRONIC NOTICE of Case Assignment. Judge Nathaniel M. Gorton assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge M. Page Kelley. (Abaid, Kimberly) (Entered: 07/14/2014) |



**REARDON, JOYCE & AKERSON, P.C.**

Edward P. Reardon (1926-2010)

ATTORNEYS AT LAW

(A PROFESSIONAL CORPORATION)

4 Lancaster Terrace, Worcester, Massachusetts 01609

508-754-7285   fax: 508-754-7220   www.rja-law.com

Austin M. Joyce

Michael J. Akerson

John K. Vigliotti

Andrew J. Gambaccini

July 17, 2014

Civil Clerk
Bristol County Superior Court
9 Court Street
Taunton, MA 02780

> **RE:** **Saldivar v. Pridgen, et al.**
> **State Court Docket: BRCV2014-00601C**
> **Federal Court Docket C.A. No.: 14-CV-23989-NMG**

Dear Sir or Madam:

With respect to the above-referenced matter, enclosed please find a notice of removal bearing the raised seal of the United States District Court for the District of Massachusetts.

Kindly prepare the state court record and process in your usual manner.

Should you have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

Andrew J. Gambaccini

AJG/kh

Enclosures

Form #42

# COMMONWEALTH OF MASSACHUSETTS

BRISTOL, SS. SUPERIOR COURT
FILED

JUL 10 2014

MARC J. SANTOS, ESQ.
CLERK/MAGISTRATE

SUPERIOR COURT DEPT. OF THE TRIAL COURT

CIVIL ACTION
No. *BRCV2014-0641C*

**ORIGINAL**

*Elba Saldivar*                                           , Plaintiff (s)

v.

*Daniel Racine, In Individually
and in his Capacity as Chief of Police
of the City of Fall River* Defendant(s)

(TO PLAINTIFF'S ATTORNEY :
PLEASE INDICATE TYPE OF ACTION INVOLVED : — *Anthony Pinfeo*
TORT — MOTOR VEHICLE TORT — CONTRACT — *A w d Sity of*
EQUITABLE RELIEF — OTHER.)                    *Fall River*

## SUMMONS

TO THE ABOVE-NAMED DEFENDANT:

You are hereby summoned and required to serve upon ..*Edward J.*..
*Mc Cormick*..
plaintiff's attorney, whose address is ..*195 Main St  Brockton MA 02638*..;

an answer to the complaint which is herewith served upon you, within (20) days after
service of this summons upon you, exclusive of the day of service. If you fail to do so,
judgment by default will be taken against you for the relief demanded in the complaint.
You are also required to file your answer to the complaint in the office of the Clerk of this
Court at ..*Taunton*.. either before service upon plaintiff's attorney or within a
reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim
any claim which you may have against the plaintiff which arises out of the transaction or
occurrence that is the subject matter of the plaintiff's claim or you will thereafter be
barred from making such claim in any other action.

Witness, Hon. Barbara J. Rouse,   Adm. Justice of the Superior Court Dept. of the Trial
Court, at Taunton, the..*19th*..........day of..*June*.........., in the year
of our Lord two thousand and ..*fourteen*.........

A True Copy By Photostatic Process.
Attest:

*Magistrate*

Asst. Clerk of Court:

NOTES.

1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If
   a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. If the Commonwealth or an officer or agency thereof is a defendant, the time to be inserted is 60 days.

25C 24

Form #42

# COMMONWEALTH OF MASSACHUSETTS

BRISTOL, ss.                          SUPERIOR COURT DEPT. OF THE TRIAL COURT

CIVIL ACTION

**ORIGINAL** No. *BRCV2014-0601C*

[ ... SS SUPERIOR COURT
FILED [SEAL]

JUL 1 0 2014

MARC J. SANTOS, ESQ.
CLERK/MAGISTRATE

*Elba Saldivar* _____ , Plaintiff (s)

v.

*City of Fall River* _____ , Defendant(s)

(TO PLAINTIFF'S ATTORNEY :
PLEASE INDICATE TYPE OF ACTION INVOLVED :—
TORT — MOTOR VEHICLE TORT — CONTRACT —
EQUITABLE RELIEF — OTHER.)

### SUMMONS

TO THE ABOVE-NAMED DEFENDANT:

You are hereby summoned and required to serve upon *Edward J.*

*McCormick III* .......................................................................

plaintiff's attorney, whose address is *95 Main St Franklin MA 02038* ;

an answer to the complaint which is herewith served upon you, within (20) days after
service of this summons upon you, exclusive of the day of service. If you fail to do so,
judgment by default will be taken against you for the relief demanded in the complaint.
You are also required to file your answer to the complaint in the office of the Clerk of this
Court at *Taunton* ...................... either before service upon plaintiff's attorney or within a
reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim
any claim which you may have against the plaintiff which arises out of the transaction or
occurrence that is the subject matter of the plaintiff's claim or you will thereafter be
barred from making such claim in any other action.

Witness, Hon. Barbara J. Rouse,     Adm. Justice of the Superior Court Dept. of the Trial
Court, at Taunton, the ............*19*........... day of ..........*June*........., in the year
of our Lord two thousand and ......*Fourteen*

A True .... ... .....atic Process
Attest

*Marc Santos, Esq.*
*Magistrate*

NOTES:

1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If
   a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. If the Commonwealth or an officer or agency thereof is a defendant, the time to be inserted is 60 days.

NOTICE TO DEFENDANT — You need not appear personally in Court to answer the
complaint, but if you claim to have a defense, either you or your attorney must serve a
copy of your written answer within 20 days as specified herein and also file the original
in the Clerk's Office.

2SC 24