UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO.: 1:14-cv-12989-NMG

| | |
|---|---|
| ELBA SALDIVAR,       )<br>    Plaintiff,         )<br>                            )<br>v.                          )<br>                            )<br>                            )<br>ANTHONY PRIDGEN, Both       )<br>Individually and In His Capacity As )<br>a Fall River Police Officer, DANIEL )<br>RACINE, Both Individually and In )<br>His Capacity As Chief of Police of )<br>The City of Fall River, and the )<br>CITY OF FALL RIVER          )<br>                            )<br>    Defendants.       ) | Affidavit of Proof of Service |

I, Edward J McCormick III do hereby state that to the best of my knowledge the following is true:

1. That I am counsel for the plaintiff in the above entitled matter.

2. That I have caused to be served the Summons, a copy of the Amended Complaint and two copies of the Waiver of Service Form on the defendant Anthony Pridgen via Certified Mail on August 23, 2014.

3. That the Certified Mail Receipt and Return Receipt are attached hereto.

                                                     Signed Under the Pains and Penalties
                                                     Of Perjury,

Dated: August 27, 2014                   /s/Edward J. McCormick, III
                                                     Edward J. McCormick, III
                                                       BBO # 329780
                                                       McCormick & Maitland

        195 Main Street-Suite Six
        Franklin, MA 02038
        (508) 520-0333

CERTIFICATE OF SERVICE

    I, Edward J. McCormick III, certify that the above document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system upon notification by the Court of those individuals who will not be served electronically.

English     Customer Service     USPS Mobile                                                    Register / Sign in



≡USPS.COM                                                           Search USPS.com or Track Packages

Quick Tools             Ship a Package       Send Mail       Manage Your Mail       Shop       Business Solutions

# USPS Tracking™



Customer Service ›
Have questions? We're here to help.

Tracking Number: 70112000000133445531

Expected Delivery Day: **Monday, August 25, 2014**

## Product & Tracking Information

**Postal Product:**           **Features:**
First-Class Mail®          Certified Mail™       Return Receipt

## Available Actions

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **August 23, 2014 , 11:28 am** | Delivered | **FALL RIVER, MA 02723** |

Your item was delivered at 11:28 am on August 23, 2014 in FALL RIVER, MA 02723.

| | | |
|---|---|---|
| August 23, 2014 , 3:41 am | Departed USPS Facility | PROVIDENCE, RI 02904 |
| August 22, 2014 , 1:58 pm | Arrived at USPS Facility | PROVIDENCE, RI 02904 |
| August 22, 2014 , 4:47 am | Departed USPS Facility | BROCKTON, MA 02301 |
| August 21, 2014 , 10:23 pm | Arrived at USPS Facility | BROCKTON, MA 02301 |
| August 21, 2014 , 6:23 pm | Departed Post Office | FRANKLIN, MA 02038 |
| August 21, 2014 , 5:11 pm | Acceptance | FRANKLIN, MA 02038 |

## Track Another Package

**What's your tracking (or receipt) number?**

LEGAL                ON USPS.C
Privacy Policy ›        Governmen
Terms of Use ›        Buy Stamps
FOIA ›                 Print a Label
No FEAR Act EEO Data ›   Customer S
                             Delivering S
                             Site Index ›

≡USPS.COM

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Anthony Pridgen
137 Horton Street
Fall River, MA 02723

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signature)_     ☒ Agent
                             ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
_Andre Pridgen_                 8/23/14

D. Is delivery address different from item 1?   ☐ Yes
    If YES, enter delivery address below:    ☒ No

3. Service Type
    ☒ Certified Mail®     ☐ Priority Mail Express™
    ☐ Registered         ☐ Return Receipt for Merchandise
    ☐ Insured Mail       ☐ Collect on Delivery

4. Restricted Delivery? *(Extra Fee)*     ☐ Yes

2. Article Number
    *(Transfer from service)*     7011 2000 0001 3344 5531

PS Form 3811, July 2013          Domestic Return Receipt