UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NO.: 1:14-cv-12989-NMG

| | |
|---|---|
| ELBA SALDIVAR, )<br>  Plaintiff, )<br> )<br>v. )<br> )<br> )<br> )<br> )<br> )<br>ANTHONY PRIDGEN, DANIEL )<br>RACINE, Both Individually and In )<br>His Capacity As Chief of Police of )<br>The City of Fall River, and the )<br>CITY OF FALL RIVER )<br> )<br>  Defendants. ) | Motion To File Second Amended Complaint |

Now comes the plaintiff and respectfully moves this Honorable Court to issue an order granting her leave to file a Second Amended Complaint in the above-entitled matter.

In support of this motion the plaintiff assigns the following:

1. That on January 22, 2015, this Court entered an order allowing the plaintiff to January 29, 2015, to supplement her opposition to the defendants' Motions to Dismiss.

1

2. That on January 22, 2015, this Court also ordered the defendants to furnish the plaintiff with the additional information contained in the defendant Pridgen's personnel file.

3. That on January 23, 2015, the plaintiff received the above-referenced additional information, and now seeks to incorporate this information in her supplemental opposition. However, it would appear that to be properly reviewed in connection with a Motion to Dismiss, the additional information must be pleaded in the Complaint. Accordingly, to include this information leave to file a Second Amended Complaint is necessary.

4. I certify that I have conferred with counsel with regard to this motion, and that counsel for the defendants oppose this motion.

    Respectfully Submitted
    The Plaintiff,
    By Her Attorney,

    /s/Edward J. McCormick, III
    Edward J. McCormick, III
    McCormick & Maitland
    Suite Six – Hayward Manor
    195 Main Street
    Franklin, MA  02038
    (508) 520-0333
    BBO #329780

CERTIFICATE OF SERVICE

I, Edward J. McCormick III, certify that the above document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system upon notification by the Court of those individuals who will not be served electronically.