UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO.: 1:14-cv-12989-NMG

| | |
|---|---|
| ELBA SALDIVAR,<br>    Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| | )    <u>Plaintiff's Supplemental Damages Brief</u> |
| ANTHONY PRIDGEN, DANIEL<br>RACINE, Both Individually and In<br>His Capacity As Chief of Police of<br>The City of Fall River, and the<br>CITY OF FALL RIVER | )<br>)<br>)<br>)<br>) |
|     Defendants. | ) |

      Ms. Saldivar, who is 35 years of age, was raped by the defendant Anthony Pridgen while he was purportedly attempting to help her. Mr. Pridgen stated that he would kill her and her children if she reported the attack upon her to the police. Ms. Saldivar has lived in fear and terror since that day.

      In addition to seeing Ms. DoMonte on a weekly basis, Ms. Saldivar sees Karen L. Cadwalader, MS, APRN, BC, who is also affiliated with the Family Service Association. According to Nurse Practitioner Cadwalader, Ms. Saldivar suffers from both Post Traumatic Stress Disorder and Mood Disorder, and suffers from anxiety, paranoia, hypervigilance,

nightmares, a fear of leaving the house and fear of the police. Ms. Saldivar is currently being prescribed Lamotrigine, Inderal and Lorazepam.

Ms. Saldivar lives each day in fear.

                                                        Respectfully Submitted
The Plaintiff,
By Her Attorney,

/s/Edward J. McCormick, III
Edward J. McCormick, III
McCormick & Maitland
Suite Six – Hayward Manor
195 Main Street
Franklin, MA  02038
(508) 520-0333
BBO #329780

CERTIFICATE OF SERVICE

I, Edward J. McCormick III, certify that the above document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system upon notification by the Court of those individuals who will not be served electronically.



101 Rock Street, Fall River, MA 02720
phone: 508-678-7542 | fax: 508-677-3714
www.frfsa.org

April 3, 2015

To Whom It May Concern,

    Elba Saldivar, 1/26/1980, has been in treatment with me here at Family Service Association since January 30, 2014. She is currently diagnosed with 296.90 Mood Disorder, NOS and 309.81 Post Traumatic Stress Disorder.

    Ms. Saldivar has consistently reported high levels of anxiety, paranoia, hypervigilance, nightmares, fear of leaving the house (she often goes full weeks without leaving her house per her report), and a fear of police cars (she often reports that she feels she is being followed by police cars or being watched by police when she is on the street). Ms. Saldivar reports that since her assault her moods have been dramatically worse; irritable, agitated, depressed, scared, tearful and with racing thoughts.

    She presents to me as tangential, easily distracted, agitated, tearful, paranoid and with pressured speech. These symptoms had been starting to abate but have dramatically increased since her court case went to trial. She is currently being prescribed; Lamotrigine 300mg daily, Inderal 20mg three times daily and Lorazepam 0.5mg twice daily to stabilize her mood and help alleviate symptoms of anxiety and PTSD.

Signed under pain and penalty of perjury,

Karen L. Cadwalader, MS, APRN, BC

Accredited by Council on Accreditation for Children and Family Services • Member of Alliance for Children and Families
Member agency of the United Way of Greater Fall River

BUILDING STRONG FAMILIES SINCE 1888



101 Rock Street, Fall River, MA 02720
phone: 508-678-7542 | fax: 508-677-3714
www.frfsa.org

April 7, 2015

To whom it may concern,

Elba Saldivar 1/26/1980, has been in treatment with me here at Family Service Association since June 2012. I am closely familiar with her history and emotional disturbances imposed by her current diagnoses of 296.90 Mood Disorder and 309.81 Post Traumatic Stress Disorder. Her sessions with me are weekly and with the psychiatrist monthly.

Ms. Saldivar reports increased levels of anxiety, nightmares, paranoia, and hypervigilance which are making her physically and emotionally ill. Fearful of leaving her home (she reports that there will be weeks that she doesn't leave her house) due to her paranoia of being followed (by the cops) and/or harassed, she doesn't trust authority, she has several panic attacks weekly and with all these emotional stressors.

Ms. Saldivar reports that she has been experiencing more epileptic seizures. Elba presents to me as tearful, anxious, agitated, irritable and paranoid. Sine treatment Elba has been able to communicate her thoughts and feelings around her traumatic experience which has helped subside her symptoms but since her court case went to trial these symptoms have increased.

Sincerely,

Jennifer DoMonte, MHC

Accredited by Council on Accreditation for Children and Family Services • Member of Alliance for Children and Families
Member agency of the United Way of Greater Fall River

BUILDING STRONG FAMILIES SINCE 1888