United States District Court
District of Massachusetts

| | |
|---|---|
| ELVA SALDIVAR,<br><br>       Plaintiff,<br><br>       v.<br><br>ANTHONY PRIDGEN,<br><br>       Defendant. | Civil Action No.<br>14-12989-NMG |

ORDER

**GORTON, J.**

Upon careful consideration of plaintiff's submissions and arguments of counsel made at the motion hearing of even date and upon review of pertinent case law (see Trinidad v. City of Boston, Civil Action No. 07-11679-DPW, 2011 WL 915338 (D. Mass. Mar. 15, 2011)), plaintiff's motion for default judgment (Docket No. 67) is **ALLOWED** and **DEFAULT JUDGMENT** against defendant Anthony Pridgen is entered as follows:

1)    compensatory damages are awarded to plaintiff in the amount of Six Hundred Thousand Dollars ($600,000);

2)    attorney's fees are awarded as to be determined; and

3)    punitive damages are not allowed.

So ordered.

                                                 /s/ Nathaniel M. Gorton
                                                 Nathaniel M. Gorton
                                                 United States District Judge

Dated April 9, 2015